# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

Asheville Division

| | |
|---|---|
| Morgan Ryan Twitty <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> See attached list of defendants <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 1:25-cv-377-MOC-WCM <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: (check one) ☑Yes ☐No <br><br><br> FILED <br> ASHEVILLE, NC <br><br> OCT 27 2025 <br><br> U.S. DISTRICT COURT <br> W. DISTRICT OF N.C. |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Attachment – List of Defendants
    1.    Jackson County, North Carolina
401 Grindstaff Cove Road
Sylva, NC 28779
County: Jackson
    2.    Sheriff Chip Hall
Jackson County Sheriff's Office
399 Grindstaff Cove Road
Sylva, NC 28779
Sued in: Individual and Official Capacities
    3.    Jackson County Sheriff's Office
399 Grindstaff Cove Road
Sylva, NC 28779
Sued in: Official Capacity
    4.    Jackson County Detention Center
399 Grindstaff Cove Road
Sylva, NC 28779
Sued in: Official Capacity
    5.    Officer Kaylom Saylor
Jackson County Sheriff's Office
399 Grindstaff Cove Road
Sylva, NC 28779
Sued in: Individual and Official Capacities
    6.    Jail Officers John Doe 1–3
Jackson County Sheriff's Office
399 Grindstaff Cove Road
Sylva, NC 28779
Sued in: Individual and Official Capacities
    7.    Harrah's NC Casino Company, LLC d/b/a Harrah's Cherokee Casino Resort
c/o CT Corporation System (Registered Agent)
160 Mine Lake Ct., Suite 200
Raleigh, NC 27615
Sued in: Official Capacity
    8.    Chris Tangedahl
Harrah's Cherokee Casino Resort (Security Supervisor)
777 Casino Drive
Cherokee, NC 28719
Sued in: Individual and Official Capacities
    9.    John Doe 4 (Casino Security Guard)
Harrah's Cherokee Casino Resort
777 Casino Drive
Cherokee, NC 28719
Sued in: Individual and Official Capacity

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Morgan Ryan Twitty
Address:
City: Spindale  State: NC  Zip Code: 28160
County: Rutherford County
Telephone Number: 828-748-4965
E-Mail Address: ronj83224@gmail

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Jackson County North Carolina
Job or Title (if known): Local government entity; Oversees Sheriff office + Detention center
Address: 401 Grindstaff Cove Road
City: Sylva  State: NC  Zip Code: 28779
County: Jackson County
Telephone Number:
E-Mail Address (if known):
[ ] Individual capacity  [✓] Official capacity

**Defendant No. 2**
Name: Sheriff Chip Hall
Job or Title (if known): Sheriff of Jackson County Sheriffs Office
Address: 399 Grindstaff Cove Road
City: Sylva  State: NC  Zip Code: 28779
County: Jackson County
Telephone Number:
E-Mail Address (if known):
[✓] Individual capacity  [✓] Official capacity

Defendant No. 3
Name: Chris Tangedahl
Job or Title (if known): D/R security supervisor
Address: Harrah's Cherokee resort 777 Casino drive
Cherokee, NC 28719
City / State / Zip Code
County: Jackson County
Telephone Number:
E-Mail Address (if known):

☑ Individual capacity  ☑ Official capacity

Defendant No. 4
Name: Harrah's NC casino company LLC d/b/a Harrahs Cherokee casino resort
Job or Title (if known): Casino and Resort; business operating in cherokee
Address: C/O CT Corporation System, registered agent 160 mine lake Ct suite 200
Raleigh, NC 27615
City / State / Zip Code
County: Wake County
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity  ☑ Official capacity

*See attached for defendants*

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*See attached*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*See attached*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.


*See attached*

A. Where did the events giving rise to your claim(s) occur?

B. What date and approximate time did the events giving rise to your claim(s) occur?

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

* Defendant No 5: Officer Kaylom Saylor

Job or Title: Tribal police officer (arresting officer) Eastern Band of Cherokee Indian Police department.

Address: 468 Sequoyah Trail - City: Cherokee - State: NC 28719 County: Jackson County.

Capacity: Individual

* Defendant No 6: John Doe 1 (jail officer/staff)

Job or Title: Unidentified officers/Employees of Jackson County Sheriff's Office.

Address: 399 Grindstaff Cove Road - City: Sylva - State: NC 28779 County: Jackson County

Capacity: Individual and Official

* Defendant No 7: John Doe 2 (jail officer/staff)

Job or Title: Unidentified officers/Employees of Jackson County Sheriff's Office

Address: 399 Grindstaff Cove Road - City: Sylva - State: NC 28779 County: Jackson County

Capacity: Individual and Official

• Defendant No 8: John Doe 3 (jail officer/staff)
Job or Title: Unidentified officers/Employees of Jackson County Sheriff's Office.
Address: 399 Grindstaff Cove Road - City: Sylva - State: NC 28779 County: Jackson County
Capacity: Individual and Official


• Defendant No 9: John Doe 4 (Casino security officer)
Job or Title: Unidentified Casino security of Harrah's Casino
Address: Harrah's Cherokee Casino Resort 777 casino Drive Cherokee NC 28719 County: Jackson County
Capacity: Individual and official

Section II – Basis for Jurisdiction

B.

I am suing under 42 U.S.C. § 1983 for violations of my rights under the United States Constitution and federal law by state and local officials acting under color of law.

The specific constitutional and statutory rights violated include:

• The Fourth Amendment right to be free from unlawful seizure, false arrest, and excessive force.
• The Fourteenth Amendment right to due process and equal protection under the law, including deliberate indifference to serious medical needs and reckless disregard for safety while in custody.
• The Eighth Amendment protection against cruel and unusual punishment, as applied to detainees through the Fourteenth Amendment.
• The Fourth and Fourteenth Amendments right to be free from malicious prosecution, where criminal proceedings were initiated and maintained without probable cause and terminated in my favor.
• The First Amendment right to petition and seek redress without retaliation.
• Violations of North Carolina state constitutional rights under Article I, §§ 19 and 27, providing equal protection and prohibiting cruel or unusual treatment.

---

C.

These violations were committed by employees and agents of the Jackson County Sheriff's Office, Jackson County Detention Center, and Harrah's NC Casino Company LLC, including Officer Kaylom Saylor and several John Doe officers, acting under color of state and local law during and following my arrest and detention on or about October 22, 2023.

Each defendant, while acting within the scope of employment and authority, participated directly or indirectly in conduct that deprived me of clearly established constitutional rights.

D. The defendants acted "under color of state law" by using their official positions, authority, and access to government facilities, records, and processes to effectuate the unlawful arrest, detention, physical abuse, medical neglect, and malicious prosecution of the plaintiff.

Specifically, the Jackson County Sheriff's Office and Detention Center operated as state entities, their officers were sworn law enforcement personnel, and their actions were taken in the course of official duties.

Harrah's NC Casino security staff acted jointly with law enforcement officers, coordinating in the detention and transfer of custody, thereby functioning under color of state law for the purposes of § 1983 liability.

III. Statement of Claim
A. Where did the events giving rise to your claims occur?

Jackson County Detention Center and Jackson County Sheriff's Office, located at 399 Grindstaff Cove Road, Sylva, North Carolina, and Harrah's Cherokee Casino Resort, Cherokee, North Carolina.

B. What date and approximate time did the events giving rise to your claims occur?

October 22 2023, continuing through my release later that same day and subsequent events thereafter.

C. What are the facts underlying your claims?

STATEMENT OF CLAIM

On October 22, 2023, I, Morgan Ryan Twitty, was lawfully present at Harrah's Cherokee Casino Resort in Cherokee, North Carolina, when casino security—led by a security officer identified as "Chris" (later identified as Chris Tangedahl) and additional Harrah's security staff—approached me. I began recording the interaction on my phone. Without legal justification, Security Officer Chris reached for and forcibly attempted to seize my phone, escalating the encounter.

Jackson County law enforcement (including Officer Kaylom Saylor) responded. After I was handcuffed and gave no resistance, one or more responding officers struck me and I was rendered unconscious. I do not know which officer(s) delivered the blow(s). I later regained consciousness on the floor inside a cell at the Jackson County Detention Center, where intake records improperly described me as "ambulatory," "alert," and "refusing to answer" medical screening questions despite the fact I was unresponsive upon arrival. I was booked while unconscious and left in my street clothes rather than being immediately evaluated and medically cleared.

While in custody, I repeatedly requested medical attention. Medical care was delayed for hours and was only provided after I explicitly demanded treatment. When I was finally examined I was documented as suffering acute shoulder and head trauma. Subsequent medical evaluations (including X-rays and MRI) confirm ongoing injuries, including cervicalgia. I have received cortisone injections for severe shoulder/arm pain, have ongoing specialist referrals, and may require additional invasive treatment or surgery. My injuries have forced me to substantially reduce or cease work with my small business and have caused severe physical, emotional, and financial harm.

During detention staff interactions, detention officers disclosed private details of my criminal history to another inmate; that inmate was released shortly after me under suspicious circumstances. Upon release I discovered personal property and funds missing: an amount that appears to total approximately $2,000 (my funds were reduced from approximately $4,500 to $2,500), a gold necklace (and/or charms) were missing, and my phone was damaged as a result of the events. I was given a temporary debit card at release; the balance available to me did not reflect the cash I had brought and has not been adequately accounted for by the detention center.

I was initially charged in connection with the incident. These criminal charges were later dismissed. (For clarity: to the best of my knowledge the charges were dismissed on [insert date if known]; I am aware that the legal effect of that dismissal may affect certain claims—see malicious prosecution discussion below.)

The actions and omissions alleged above were undertaken by employees, agents, or contractors of the named defendants (Harrah's NC Casino security staff; Jackson County law enforcement including Officer Kaylom Saylor; John Doe detention officers who handled me while in custody; Jackson County Sheriff's Office; and Jackson County Detention Center). Those actions include:

• Excessive force (use of force after I was handcuffed and restrained);
• Unlawful arrest and detention without probable cause;
• Deliberate indifference to serious medical needs (denial/delay of timely medical care while I was unconscious or in acute pain);
• Conversion/unlawful taking or mismanagement of personal property and funds; and
• Unauthorized disclosure of private/medical/criminal information to third parties, which endangered my safety and privacy.

These actions deprived me of rights secured by the U.S. Constitution (including the Fourth and Fourteenth Amendments) and state law, and are actionable under 42 U.S.C. § 1983 and related federal and state remedies. I also intend to assert state-law claims including, but not limited to, assault and battery, negligence, negligent or intentional infliction of emotional distress, conversion of property, and malicious prosecution (subject to the legal requirements for that claim; note that a favorable termination is generally an element of malicious prosecution — the nature and timing of the dismissal of the criminal charges will be addressed and documented in this action).

As a direct result of the defendants' conduct I have suffered past and ongoing physical injury, pain and suffering, emotional distress, loss of income and business opportunity, medical and rehabilitation expenses, property loss and damage, and other compensable losses. I estimate my damages — and can provide itemized evidence and medical records as available through discovery.


## IV. Injuries

See attached

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

See attached

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

## IV. Injuries

As a result of the defendants' actions on or about October 22, 2023, I suffered multiple physical, emotional, and financial injuries. When I was taken into custody, I was rendered semi-conscious and injured during the arrest. Despite being visibly hurt and incoherent, I was marked as "ambulatory" and denied immediate medical evaluation or treatment while in the custody of the Jackson County Sheriff's Office and Jackson County Detention Center.

After my release, I was forced to walk approximately 20 miles while still injured and then drive over 100 miles home in that condition. The injuries I sustained included severe pain in my head, back, and limbs, as well as lasting physical weakness and emotional distress. I experienced prolonged anxiety, depression, and sleep disturbance as a result of the treatment I endured and the fear of retaliation or further harm.

In addition to the physical pain and emotional distress, I incurred out-of-pocket costs related to later medical evaluation, lost income due to my inability to work for a period following the incident, and ongoing psychological harm from the trauma.

Despite repeated attempts, I have not been provided the full records, video footage, or intake documentation that could confirm the extent of my condition while detained or released.

Section V – Relief

I respectfully request that this Court grant the following relief:

1. Compensatory damages in the amount of $85,000 or such amount as the Court and jury deem just, for the physical injuries, emotional distress, pain, suffering, and financial hardship I sustained as a result of the defendants' actions on and after October 22, 2023.

2. Punitive damages against the individual defendants (including Officer Kaylom Saylor and John Does 1–3) for their willful, malicious, and reckless disregard for my constitutional rights under the Fourth, Eighth, and Fourteenth Amendments.

3. Declaratory relief declaring that the defendants' conduct—specifically the denial of medical care, the unlawful disclosure of my private information to another inmate, and the use of excessive force—violated my rights protected by the U.S. Constitution and 42 U.S.C. § 1983.

4. Injunctive relief requiring the Jackson County Sheriff's Office and Jackson County Detention Center to implement policies and training to prevent the recurrence of these constitutional violations.

5. Reimbursement of all costs and fees allowed by law, and any other relief—legal or equitable—that the Court deems proper and just.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-19-2025

Signature of Plaintiff: *Morgan Ryan Twitty*
Printed Name of Plaintiff: Morgan Ryan Twitty

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
    *City*      *State*      *Zip Code*
Telephone Number
E-mail Address